DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.W., a child.

M.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appelles.

No. 2D2023-2095

_____

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl Manning, Judge.

M.W., pro se.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Blake Lynne Bruce and Stephanie E. Novenario, Senior Attorneys, Appellate Division, Tallahassee, for Appellee Guardian ad Litem Program.


PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.